# EXHIBIT H

EXHIBIT H

BackGrid USA, Inc. - Set Number BGUS_905416





