# EXHIBIT I

EXHIBIT I

Search



worldstar • Follow



**worldstar** SPONSORED: Muva in her @fashionnova jeans😍🔥

Load more comments

**y0_tobz** @bigd855

**johndreamze** I have a feeling she's gon realize we both deserve better.

**secrettlifeofjen** @grace.wiens ahahahahahah luv that u tagged me in this

**lockjaw25** This girl will mess with

**162,353 likes**

JULY 1, 2017

Add a comment...

ABOUT US   SUPPORT   PRESS   API   JOBS   PRIVACY
TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2019 INSTAGRAM