# EXHIBIT J

EXHIBIT J

Case 2:19-cv-01476-RGK-KS   Document 1-10   Filed 02/28/19   Page 2 of 2   Page ID #:35

11/29/2017   Blac Chyna on Instagram: "When your @fashionnova jeans go perfect with any fit 😍🥰 Shop @fashionnova for the hottest styles!✨www.Fa…



 blacchyna ✓ • Follow

**blacchyna** When your @fashionnova jeans go perfect with any fit 😍🥰 Shop @fashionnova for the hottest styles! ✨www.FashionNova.com✨

Load more comments

**171proof** You can still get it 😎😎😎😎

**amore_kez** Chyna u dope

**lizkuka** Winner!!!!!!!!U show all Who CHYNA IS. NOW THAT ASSHOOLS OPEN THEIR EYES. I.M PRAUD OFF U!!!!!!!

**agiapal_virk_pb05** 👍👍

**brinabeexo** i love that wig on you

cagaedsabaedacc4181 de este instante

125,662 likes

OCTOBER 27

Add a comment…

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2017 INSTAGRAM