# EXHIBIT K

EXHIBIT K

Case 2:19-cv-01476-RGK-KS Document 1-11 Filed 02/28/19 Page 2 of 2 Page ID #:37

10/22/2018 Baller Alert on Instagram: "Larsa was spotted in her @fashionnova jeans while out with Kourtney Kardashian😍#ad"




 **balleralert** ✓ • Follow

**balleralert** Larsa was spotted in her @fashionnova jeans while out with Kourtney Kardashian😍#ad

Load more comments

**minalue23** Shit I believe @larsapippen still fucking future because my friend seen them a couple day ago

**miss_wells313** Is that Larsa Pippen?? Look like she plumped her lips up

**coleworld_qc** I thought that was KimK 😳

**drenee999** Larsa wanna be Kim so

5,120 likes

JULY 27, 2017

Add a comment...