TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation, | ) Case No. 2:19-cv-01476-PLA |
| | ) |
| Plaintiff, | ) **PROOF OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| FASHION NOVA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TUCKER ELLIS LLP
◆ Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**TUCKER ELLIS LLP**<br>Brian K. Brookey, Esq. (SBN 149522); Steven E. Lauridsen, Esq. (SBN 125080)<br>515 South Flower Street, Forty-Second Floor<br>Los Angeles, California 90071-2223<br>TELEPHONE NO: (213) 430-3400   FAX NO *(Optional)* (213) 430-3409<br>E-MAIL ADDRESS *(Optional)*: brian.brookey; steven.lauridse@tuckerellis.com<br>ATTORNEY FOR *(Name)*: Plaintiff BACKGRID USA, INC. | **FOR COURT USE ONLY** |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]<br>STREET ADDRESS<br>MAILING ADDRESS<br>CITY AND ZIP CODE<br>BRANCH NAME | |
|---|---|

| PLAINTIFF/PETITIONER: BACKGRID USA, INC., a California corporation | CASE NUMBER:<br>2:19-cv-01476 |
|---|---|
| DEFENDANT/RESPONDENT: FASHION NOVA, INC. | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.<br>1683491R |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a. ☑ summons

    b. ☑ complaint

    c. ☐ Alternative Dispute Resolution (ADR) package

    d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

    e. ☐ cross-complaint

    f. ☑ other *(specify documents):* Civil Cover Sheet; Certification and Notice of Interested Parties; Corporate Disclosure Statement; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Statement of Consent to Proceed Before a United States Magistrate Judge; Notice to Counsel

3.  a. Party served *(specify name of party as shown on documents served):*

    Fashion Nova

    b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

    CT Corporation System, Agent for Service, Received by Carlos Paz, Intake Specialist

4.  Address where the party was served:

    818 West 7th Street, Suite 930, Los Angeles, California 90017

5.  I served the party *(check proper box)*

    a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 03/05/2019     (2) at *(time):* 1:00 p.m.

    b. ☐ **by substituted service.** On *(date):*            at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

    (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

    (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or ☐ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: BACKGRID USA, INC., a California corporation | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: FASHION NOVA, INC. | 2:19-cv-01476 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*  Fashion Nova, Inc.
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: FCRP 4(h)(1) |

7. **Person who served papers**
  a. Name: Daniel Tang, Ace Attorney Service, Inc.
  b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
  c. Telephone number: (213) 623-3979
  d. **The fee** for service was: $
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner  ☑ employee  ☐ independent contractor.
      (ii) Registration No.: 7120
      (iii) County: LOS ANGELES

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 7, 2019

DANIEL TANG               ▶ _(signature)_
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE )