# EXHIBIT M

EXHIBIT M

Baller Alert on Instagram: "Larsa was spotted in her @fashionnova jeans while out with Kourtney Kardashian😊#ad"

 | Instagram    🔍 Search      



 **balleralert** ✔ • Follow

**balleralert** Larsa was spotted in her @fashionnova jeans while out with Kourtney Kardashian😊#ad

Load more comments

**minalue23** Shit I believe @larsapippen still fucking future because my friend seen them a couple day ago

**miss_wells313** Is that Larsa Pippen?? Look like she plumped her lips up

**coleworld_qc** I thought that was KimK 😵

**drenee999** Larsa wanna be Kim so

 

**5,120 likes**

JULY 27, 2017

Add a comment...                    •••

ABOUT US    SUPPORT    PRESS    API    JOBS    PRIVACY

TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE

© 2018 INSTAGRAM