# EXHIBIT N

EXHIBIT N







balleralert ✓ • Follow

**balleralert** Muva in her @fashionnova jeans😍💧 #ad

View all 38 comments

**_adlih_2001** Who gives a fuck about her baldheaded ass. Theres hurricane coming for us.

**puffqueenkayla666** Please don't put the Wig back on. 😦 loved her part in "Sister Code".. it was a good movie.

**abo__love_** Bawdyyy👌

**willmoney12345** Hi their black queen you are flawless I'm my book no disrespect to your big Freind I'm just

7,621 likes

SEPTEMBER 8, 2017

Add a comment...

ABOUT US   SUPPORT   PRESS   API   JOBS   PRIVACY
TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2018 INSTAGRAM