# EXHIBIT O

EXHIBIT O

