# EXHIBIT "15"

10/22/2018                     Baller Alert on Instagram: "Larsa was spotted in her @fashionnova jeans while out with Kourtney Kardashian😍#ad"

   





**balleralert** • Follow

**balleralert** Larsa was spotted in her @fashionnova jeans while out with Kourtney Kardashian😍#ad

Load more comments

**minalue23** Shit I believe @larsapippen still fucking future because my friend seen them a couple day ago

**miss_wells313** Is that Larsa Pippen?? Look like she plumped her lips up

**coleworld_qc** I thought that was KimK 😳

**drenee999** Larsa wanna be Kim so

5,120 likes

JULY 27, 2017

Add a comment...

ABOUT US   SUPPORT   PRESS   API   JOBS   PRIVACY
TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2018 INSTAGRAM

https://www.instagram.com/p/BXD1Y1fjx7V/                                              1/1

BG000020

Exhibit 15 - Page24